UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil Action No. 01-1510 JMR/SRN

James Prebish,

Plaintiff,

v.

STIPULATION TO EXTEND TIME TO ANSWER

CSC Credit Services, Inc., Equifax Credit Services, Inc., and First USA Bank NA.

Defendants.

**STIPULATION**

IT IS HEREBY STIPULATED, by and between plaintiff James Prebish and defendant First USA Bank, through their undersigned counsel, that the time within which First USA Bank may answer or otherwise plead in response to the Complaint in this matter shall be extended to September 24, 2001.

Dated: September 10, 2001

KELLY & BERENS, P.A.

By: [signature]

Barbara P. Berens, #209788
Daniel C. Bryden, #0302284
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

*Attorneys for Defendant First USA Bank*

FILED
RICHARD D. SLETTEN, CLERK SEP 14 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Dated: September 10th, 2001

CONSUMER JUSTICE CENTER, P.A.

By: ______________________
Thomas J. Lyons, Jr. #0249646
342 East County Road D
St. Paul, MN 55117
(651) 770-9707

***Attorneys for Plaintiff***

**ORDER**

Based upon the foregoing Stipulation, it is SO ORDERED.

Dated: September 13, 2001

BY THE COURT:

______________________
James M. Rosenbaum
Judge of United States
District Court