252702

# UNITED STATES DISTRICT COURT

**District of Minnesota**
Clerk's Office, 700 Federal Building
316 North Robert St., St. Paul, MN 55101, Phone (651) 848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-1510 JMR/SRN **Case Title:** James Prebish v. CSC Credit Services, Inc. Equifax Credit Services, Inc. and First USA Bank NA

**Affidavit of Movant**

I, Robert W. Murnane, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Lewis P. Perling, an attorney admitted to practice in the Northern District of Georgia, but not admitted to the bar of this court, who will be counsel for the ()plaintiff (x)defendant Equifax Credit Services, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature [signature] MN Attorney License # 76338 Date 10/1/01

**Affidavit of Proposed Admittee**

I, Lewis P. Perling, am currently a member in good standing of the U.S. District Court for the Northern District of Georgia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Lewis P. Perling
Type/Print Name

Signature [signature] Date 9/26/01

Attorney License Number: 572379
Law Firm Name & Address: Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500 Fax:.(404) 815-6555

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

OCT 5 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

ATLLIB01 1231176.1

FILED OCT 5 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________