UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Prebish,

Plaintiff,

vs.

CSC Credit Services, Inc., Equifax Credit Services, Inc., and First USA Bank, N.A.,

Defendants.

Case No. 01-1510 JMR/SRN

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

The parties hereto, through their respective under-signed counsel, hereby stipulate and agree that the captioned action may be and hereby is dismissed without prejudice as against First USA Bank, N.A. only, each party to bear his or its own costs. The Court is requested to enter its order accordingly.

Dated: 10|18|01

CONSUMER JUSTICE CENTER, P.A.

By ______________________
Thomas J. Lyons, Jr.,
342 East County Road D,
St. Paul, Minnesota 55117
The Barry Law Office
Peter Barry
342 East County Road D,
St. Paul, Minnesota 55117

***Attorneys for Plaintiff James Prebish***

FILED
RICHARD D. SLETTEN, CLERK OCT 24 2001
JUDGEMENT ENTERED OCT 24 2001
DEPUTY CLERK'S INITIALS ________

Dated: 10/17/01

KELLY & BERENS, P.A.

By: [signature]

Barbara P. Berens, #209788
Erin K. Fogarty Lisle, #238168
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

**ORDER**

So ordered.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: October 23rd, 2001

BY THE COURT:

[signature]

James M. Rosenbaum
United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500