UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1510(JMR/SRN)

| | | |
|---|---|---|
| James Prebish | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CSC Credit Services Inc. | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: March 8, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
MAR 11 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS